# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| DeWANE DUNN, | ) |
| Plaintiff, | ) No. 3:24-CV-00601 |
| v. | ) Hon. Judge Jon E. DeGuilio |
| CITY OF ELKHART, et al. | ) Hon. Mag. Judge John E. Martin |
| Defendants. | ) JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT WAGNER'S MOTION TO DISMISS**

Now comes Plaintiff, DeWAYNE DUNN, by and through his counsel, and respectfully moves this Court for an extension of time until Monday, November 18, 2024, to respond to Defendant Wagner's Motion to Dismiss (Dkt. 28). In support of this Motion, Plaintiff states as follows:

1. On October 16, 2024 Defendant Wagner filed his Motion to Dismiss. (Dkt. 28).

2. Pursuant to LR 7-1(d)(2)(A), Plaintiff's Response to the Defendant Wagner's Motion is due today, November 6, 2024.

3. Plaintiff has started drafting his response. However, due to the following professional commitments and conflicts with counsel's schedule, Plaintiff will not be able to complete his response by the due date. Those conflicts are as follows: Oral Argument in *Brown v. Louisville-Jefferson Co, KY et al.*, Case No. 23-5673 (6th Circuit); depositions in *Yell v. City of Russelville, et al.*, Case No. 20-cv-47

(W.D. Ky.); providing trial testimony in *People v. Trutenko*, and *People v. Horvat*, Case Nos. 22 CR 1350201 & 22 CR 1358601 (Cook County, Ill.) over several days; discovery responses in *Benson et al., v. City of Indianapolis et al.*, Case No. 24-cv-839 (S.D. Ind.); and pretrial filings in *Horton v. City of Rockford, et al.*, Case No. 18-cv-6829 (N.D. Ill.)

4. As a result, Plaintiff seeks to extend the response deadline to Monday, November 18, 2024, to reply to Defendant Wagner's Motion to Dismiss.

5. Defendant Wagner's counsel do not oppose this extension.

DATED: November 6, 2024               Respectfully submitted,

/s/ Elliot Slosar

Jon Loevy
Elliot Slosar
Kathryn Montenegro
LOEVY & LOEVY
311 N. Aberdeen, 3rd Fl
Chicago, IL 60607
312-243-5900

## CERTIFICATE OF SERVICE

I, Elliot Slosar, an attorney, hereby certify that on November 6, 2024, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Elliot Slosar