**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF INDIANA**

**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DEWAYNE DUNN, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | CASE NO: 24-CV-601 |
| MICHAEL SIGSBEE, ET AL, | ) | |
| Defendant(s). | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. The parties held a planning meeting under Fed. R. Civ. P. 26(f) and agreed to this report on October 1, 2025. Elliot Slosar and Kathryn Montenegro participated for the plaintiff(s), and Julia Kwait, Liberty Roberts, Nicholas Otis, and Benjamin Ice participated for the defendant(s).

2. Jurisdiction.

    The court has jurisdiction under 42 U.S.C. Section 1983. The parties agree that jurisdiction exists because Plaintiff's allegations involve a federal question of law.

3. Pre-Discovery Disclosures.

    __X__ The parties will exchange, *but may not file,* Rule 26(a)(1) information by November 10, 2025.[1]

    _____ The parties stipulate out of the mandatory initial disclosures.

    _____ [Plaintiff] [Defendant] objects to the mandatory initial disclosures for the following reasons: [describe objection].

4. Discovery Plan.

    The parties propose the following discovery plan.

    Discovery will be needed on the following subjects: liability, damages, and Defendants' defenses.

---

[1] The court encourages setting all deadlines on business days.

Disclosure or discovery of electronically stored information should be handled as follows: The Parties incorporate the ESI protocol contained in Exhibit 1.

The last date to complete fact discovery is October 23 2026.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 50 requests for admission by each party to any other party.

Maximum of 25 depositions by plaintiff(s) and 10 for each defendant(s).

Each deposition is limited to a maximum of 7 hours unless extended by stipulation.

The parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable) by:

60 days after the closure of fact discovery for plaintiff(s);

60 days after Plaintiff's expert disclosures for defendant(s); and

45 days after Defendants' disclosures for Rebuttal

30 days prior to the closure of fact discovery for Rule 26(e) supplements.

5. Other Items.

    The last date the plaintiff(s) may seek permission to join additional parties and to amend the pleadings is December 15, 2026.

    The last date the defendant(s) may seek permission to join additional parties and to amend the pleadings is January 15, 2026.

    The time to file Rule 26 (a)(3) pretrial disclosures will be governed by separate order.

    The case should be ready for [bench or jury] trial by <u>June 2027</u> and at this time is expected to take approximately two to four weeks.

    At this time, all parties do not consent to refer this matter to the currently assigned Magistrate Judge pursuant to 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for all further proceedings including trial and entry of

2

judgment.

6. Alternative Dispute Resolution.

The case's settlement prospects may be enhanced via the following ADR procedure:

Mediation

Once an agreement has been reached on a mediator, Parties will advise the Court.

Other: [Please Identify]

Date: 10/17/2025

| | | |
|---|---|---|
| | s/ Elliot Slosar<br>Counsel for Plaintiff(s)<br>LOEVY & LOEVY<br>311 N. Aberdeen, Street, FL 3<br>Chicago, IL 60607<br>Telephone: 312-243-5900Email: elliot@loevy.com<br>*Attorneys for Plaintiff, DeWayne Dunn* | s/ Benjamin D. Ice<br>(*with permission*)<br>Benjamin D. Ice, #23015-53<br>215 East Berry Street<br>Fort Wayne, IN 46802<br>Telephone: (260) 423-9551<br>Fax: (260) 423-8920<br>Email: bdi@barrettlaw.com<br>*Attorney for Defendant, Scott Wagner, M.D.* |
| /s/ Julia Kwait<br>(*with permission*)<br>David J. Beach, #18531-45<br>Julia M. Kwait, #28474-71<br>Eichhorn & Eichhorn, LLP<br>2929 Carlson Drive, Suite 100<br>Hammond, IN 46323<br>Phone: 219-931-0560<br>Fax: 219-931-5370<br>*Attorneys for the Defendants, Vicki E. Becker and Dean Marks* | s/ Nicholas T. Otis<br>(*with permission*)<br>916 Lincolnway<br>La Porte, IN 46350<br>T.  (219) 362-1577<br>F.  (219) 362-2106<br>ntotis@nlkj.com<br>*Attorney for Defendant Michael Sigsbee* | s/ Liberty L. Roberts<br>(*with permission*)<br>Liberty L. Roberts<br>CHURCH CHURCH HITTLE + ANTRIM<br>Two North Ninth Street<br>Noblesville, IN 46060<br>Phone: (317) 773-2190<br>Fax: (317) 773-5320<br>LRoberts@cchalaw.com<br>*Attorney for City of Elkhart* |

3

4