UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DeWAYNE DUNN,

      Plaintiff,

      v.                              Cause No:  3:24-cv-00601-CCB-JEM

CITY OF ELKHART, MICHAEL SIGSBEE,
DEAN MARKS, SCOTT WAGNER, VICKI
E. BECKER, in their individual capacities,

      Defendants.

## JOINT MOTION FOR EXTENSION OF TIME TO SELECT MEDIATOR

The parties, by their respective counsel, file this motion for an extension of time to select a mediator, requesting up to and including December 21, 2025, and in support states as follows:

1. The Court's Order [DE 44] directed the parties to notify the Court of their selection of a mediator on or before November 21, 2025.

2. The Court's Order further directed the parties to complete mediation by April 8, 2027.

3. The parties have not yet been able to identify an agreed upon mediator, but they continue to believe they will be able to do so.

4. The parties believe an agreement can be reached on a mediator in the next thirty days and therefore request a thirty-day extension to and including December 21, 2025 to notify the court of the selection of the mediator.

5. This extension of time will not impact the parties' ability to complete mediation by the current deadline (April 8, 2027).

6.      This extension is requested for good cause and to allow the parties additional time needed to confer and agree on a mediator, and not for the purpose of delay.

7.      This extension will not adversely impact other case management deadlines.

WHEREFORE, the parties, by their respective counsel, request that this Corut grant an extension, up to and including December 21,2025, for the parties to select a mediator, and for all other just and proper relief.

Respectfully Submitted,                                         Respectfully Submitted,

*Elliot Slosar (with permission)*                              *Liberty L. Roberts*
Jon Loevy - jon@loevy.com                                      Liberty L. Roberts – lroberts@cchalaw.com
Elliot Slosar - elliot@loevy.com                               Cassie N. Heeke, cheeke@cchalaw.com
Kathryn Montenegro- katiem@loevy.com                           CHURCH CHURCH HITTLE + ANTRIM
LOEVY & LOEVY                                                   Two North Ninth Street
311 N. Aberdeen St, 3rd Fl                                      Noblesville, IN 46060
Chicago, IL 60607                                              *Attorneys for Defendant City of Elkhart*
*Attorneys for Plaintiff*

*Benjamin D. Ice (with permission)*                            *Nicholas T. Otis (with permission)*
Benjamin D. Ice- bdi@barrettlaw.com                            Nicholas T. Otis - ntotis@nlkj.com
BARRETT MCNAGNY LLP                                            NEWBY LEWIS KAMINSKI JONES LLP
215 East Berry Street                                          916 Lincolnway
Fort Wayne, IN 46802                                           LaPorte, IN 46350
*Attorney for Defendant Scott Wagner*                          *Attorney for Defendant Michael Sigsbee*

*Julia M. Kwait (with permission)*
Julia M. Kwait - JKwait@eichhorn-law.com
Carly A. Brandenburg -
cbrandenburg@eichhorn-law.com
David J. Beach - dbeach@eichhorn-law.com
EICHORN & EICHORN LLP
2929 Carlson Dr., Suite 100
P.O. Box 2275
Hammond, IN 46323
*Attorneys for Defendants Dean Marks and Vicki E. Becker*

2