UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DeWAYNE DUNN,

        Plaintiff,

          v.                    Cause No:  3:24-cv-00601-CCB-JEM

CITY OF ELKHART, MICHAEL SIGSBEE,
DEAN MARKS, SCOTT WAGNER, VICKI
E. BECKER, in their individual capacities,

        Defendants.

## JOINT NOTICE OF SELECTION OF MEDIATOR

       In accordance with Dkts. 44 and 48, undersigned counsel notifies the Court that the

parties have agreed to Keith Brown as mediator in this matter.

Respectfully Submitted,              Respectfully Submitted,

*Elliot Slosar (with permission)*       *Cassie N. Heeke*
Jon Loevy - jon@loevy.com         Liberty L. Roberts – lroberts@cchalaw.com
Elliot Slosar - elliot@loevy.com      Cassie N. Heeke, cheeke@cchalaw.com
Kathryn Montenegro- katiem@loevy.com   CHURCH CHURCH HITTLE + ANTRIM
LOEVY & LOEVY             Two North Ninth Street
311 N. Aberdeen St, 3ʳᵈ Fl         Noblesville, IN 46060
Chicago, IL 60607            *Attorneys for Defendant City of Elkhart*
*Attorneys for Plaintiff*

*Benjamin D. Ice (with permission)*     *Nicholas T. Otis (with permission)*
Benjamin D. Ice- bdi@barrettlaw.com    Nicholas T. Otis - ntotis@nlkj.com
BARRETT MCNAGNY LLP        NEWBY LEWIS KAMINSKI JONES LLP
215 East Berry Street          916 Lincolnway
Fort Wayne, IN 46802         LaPorte, IN 46350
*Attorney for Defendant Scott Wagner*   *Attorney for Defendant Michael Sigsbee*

1

*Julia M. Kwait (with permission)*
Julia M. Kwait - JKwait@eichhorn-law.com
Carly A. Brandenburg -
cbrandenburg@eichhorn-law.com
David J. Beach - dbeach@eichhorn-law.com
EICHORN & EICHORN LLP
2929 Carlson Dr., Suite 100
P.O. Box 2275
Hammond, IN 46323
*Attorneys for Defendants Dean Marks and*
*Vicki E. Becker*